1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7301
7      FAX: (415) 436-6982
       Natalie.Lee2@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        ) NO. CR 13-0186 CRB
14                                  )
          Plaintiff,                ) NOTICE OF DISMISSAL
15                                  )
      v.                            )
16                                  )
   ANGEL AMEZCUA-CASILLAS,          )
17                                  )
          Defendant.                )
18 ─────────────────────────────────)

19
          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above indictment without prejudice
21
   and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.
22

23 DATED: October 8, 2013                              Respectfully submitted,

24                                                    MELINDA HAAG
                                                      United States Attorney
25
                                                           /s/
26
                                                      J. DOUGLAS WILSON
27                                                    Chief, Criminal Division

28


   NOTICE OF DISMISSAL (CR-13-00186 CRB)

1     Leave is granted to the government to dismiss the indictment.

3 Date: October 9, 2013

                                      HONORABLE CHARLES R. BREYER
                                      United States District Judge

NOTICE OF DISMISSAL (CR-13-00186 CRB)